# Third District Court of Appeal
## State of Florida

Opinion filed February 22, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-825
Lower Tribunal No. 20-17119
_____

## Miguel A. Capriles Cannizaro,
Appellant,

vs.

## Millenium 47C, LLC, etc., et al.,
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Lourdes Simon, Judge.

The Law Offices of Steven Serle, P.A., and Steven Serle (Boca Raton), for appellant.

Bruce Hornstein, P.A., and Mark Sobocienski, for appellee 3311180 Canada Inc.

Before FERNANDEZ, C.J., and LINDSEY, and LOBREE, JJ.

PER CURIAM.

Affirmed.